AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Kang)                    CW 25-004

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.  25-mj-102 |
| MARK ANTHONY TUCCI ) | |
| ) | |
| ) | |
| ) | |
| _____ | |
| *Defendant(s)* | |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 3, 2024 _____ in the county of _____ Philadelphia _____ in the
_____ Eastern _____ District of _____ Pennsylvania _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 875(c) | Interstate Communication of Threats |
| 18 U.S.C. 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:
See Attachment A, and the attached Affidavit.

☑ Continued on the attached sheet.

/s/ Pauline Pogorzelski
*Complainant's signature*

Pauline Pogorzelski, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 01/21/2025 _____

Scott W. Reid  Scott W. Reid 2025.01.21 13:05:33 -05'00'
*Judge's signature*

City and state: _____ Philadelphia, PA _____      Honorable Scott W. Reid
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AMENDED CRIMINAL COMPLAINT AND ARREST WARRANT

I, Pauline Pogorzelski, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the FBI Philadelphia Division, Philadelphia, Pennsylvania and have been a Special Agent since September 26, 2021. Once hired by the FBI, I was required to complete an academy during New Agent Training at Quantico, Virginia. During the five months of training at Quantico, Virginia, I was taught the fundamentals of crime scene processing, evidence preservation and documentation. Furthermore, I attended classes relating to criminal investigations as well as training regarding the requirements for obtaining search warrants and grand jury subpoenas. Since graduation, I am currently assigned to a white-collar crimes squad where I investigate a variety of matters, to include fraud against the government, civil rights violations, and law enforcement corruption. Previously, I worked as a Detective and Police Officer for the Evanston Police Department for approximately seven years. In those roles, among other responsibilities, I investigated narcotics, firearm related crime, and other violent offenses. I have reviewed records from numerous search warrants, to include cellular telephone, email and cloud storage data, records, and content. I have received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. During my law enforcement career, I have also been involved in various types of electronic surveillance, an affiant on search warrants, executed search warrants, executed arrests, conducted physical surveillance, and conducted debriefings of witness, victims, and the subjects of crimes.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that Mark Anthony TUCCI has violated Title 18, United States Code, Sections 875(c) (interstate communication of threats) and 2261A(2) (cyberstalking).

## LEGAL AUTHORITY

3.      Under Title 18, United States Code, Section 875(c), it is a crime for any person to transmit in interstate or foreign commerce any communication containing any threat to injure the person of another.

4.      Under Title 18, United States Code, Section 2261A(2), it is a crime for any person, with the intent to harass, intimidate, or place under surveillance with the intent to harass or intimidate another person, to use any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that places that person in reasonable fear of the death of or serious bodily injury to a person, or causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person.

## PROBABLE CAUSE

5.      As set forth in more detail below, the evidence obtained in my investigation establishes probable cause to believe that Mark Anthony TUCCI knowingly and intentionally committed the above offenses by repeatedly communicating racial and violent threats to an individual known to me and identified here as S.S. TUCCI threatened to injure and cause serious

bodily injury or death to S.S. and their family members, and communicated those threats through the use of the telephone and the internet, which were in interstate commerce. This course of conduct caused substantial emotional distress to S.S. and placed S.S. in tremendous fear for their life and the lives of family members.

6.      At all relevant times, S.S. worked for a social services agency of the City of Philadelphia (hereinafter "City Agency 1"), in the Eastern District of Pennsylvania. S.S. also resides in the District. As relevant to this application for an Amended Complaint and Warrant, I know that S.S. is African American.

7.      On or about the afternoon of June 3, 2024, TUCCI used his cellular telephone (number ending in 9404)[1] to call City Agency 1, and was connected to S.S. TUCCI called regarding the status of his inquiry regarding a Philadelphia city agency investigation relating to TUCCI's child; TUCCI had initiated this inquiry in April 2024 and had provided to City Agency 1 his cellular telephone number and email address (markiemoney@icloud.com). Telephone records confirm that TUCCI called City Agency 1 using his cellular telephone. According to S.S., TUCCI became irate and was yelling. When S.S. asked him to stop yelling and he did not, S.S. hung up on him. TUCCI called back and continued to yell, so S.S. hung up again. S.S. then began receiving texts from TUCCI on S.S.'s personal cell phone. S.S. did not provide, and has never provided, TUCCI her personal cell phone number.

8.      The text messages from TUCCI to S.S. mentioned S.S. by name, mentioned the name of the street on which S.S. resided at that time, and TUCCI said, "This is personal now …

---

[1] My investigation also revealed that TUCCI used this same telephone number to register for an Apple account and to make an emergency 911 call where he also identified himself as TUCCI. All references in this affidavit to TUCCI's cellular telephone are to the telephone using the number ending in 9404.

You wanna fuck with my family … Now your fucked." TUCCI then wrote, "Can't hang up on me in person cunt." TUCCI used his known cellular telephone number to send these text messages.

9.    On that same day, June 3, 2024, TUCCI sent e-mails to S.S.'s e-mail with the subject lines, "N***er" [*expletive*], "Fat lazy n***er [*expletive*]," "Typical racist n***er [*expletive*]," and "No one was yelling fat lazy n***er [*expletive*]." One of TUCCI's e-mails to S.S. said in the body of the e-mail, "You motherfuckers are gonna regret this shit. First time your lazy koolaid drinking ass picked up in weeks. Then you hang up on your complicit in protecting these creeps let's hope they protect you n***er [*expletive*] Thank You Mark." These e-mails were sent from TUCCI's e-mail account, markiemoney@icloud.com.

10.    H.R. is a manager contracted to work at City Agency 1. On June 3, 2024, at approximately 3:00 p.m., H.R. was informed by an employee, identified herein as R.S., that he received a phone call from a person who did not identify himself. R.S. said that the caller was irate and repeatedly called R.S., "n***er [*expletive*]." Using the caller ID from the R.S.'s phone, H.R. called the phone number back. The phone number was TUCCI's cellular telephone number. When H.R. called the phone number, TUCCI answered and immediately began yelling at H.R., and said that the investigation relating to his child was unfounded. TUCCI demanded the records from the investigation. TUCCI said he wanted to talk to S.S., whom he specifically mentioned by name. TUCCI said he was going to come down to the City Agency 1 tomorrow and "hurt everyone." TUCCI also said he knows S.S.'s address and he was going to hurt S.S. TUCCI repeatedly used the word "n***er" [*expletive*], and stated several times that he was a part of the

4

Proud Boys[2]. City Agency 1 reported TUCCI to the Philadelphia Police Department.

11.     S.S. has advised authorities that the calls, texts, and emails discussed above terrified S.S. and caused them substantial emotional distress. S.S feared that TUCCI would find them, and seriously injure or kill them or their family members. S.S. started to carry mace given to them by a colleague after the incident. S.S. went out of their way to make their pattern of life unpredictable for months after the incident, in case TUCCI was following them. S.S. considered TUCCI's conduct to be harassing, threatening and intimidating, and was concerned for their life and the lives of their family members.

**AUTHORIZATION REQUEST**

12.     Based upon the information above, I respectfully submit that there is probable cause to believe that Mark Anthony TUCCI, has violated Title 18, United States Code, Sections 875(c) (interstate communication of threats) and 2261A(2) (cyberstalking). Therefore, I respectfully request that the attached amended criminal complaint and arrest warrant be issued for Mark Anthony TUCCI.

---

[2] The "Proud Boys" is a group that is known to the FBI. This organization has multiple U.S. chapters, including one known to the FBI in Philadelphia. The Proud Boys is a nationalist organization with multiple U.S. chapters that describes itself as a "pro-Western fraternal organization for men who refuse to apologize for creating the modern world; aka Western Chauvinists."

13.     Your affiant requests that this Court issue an Order that the arrest warrant, affidavit and amended criminal complaint, and all accompanying documents, be filed under seal. Disclosure of this information would compromise this ongoing investigation by alerting the subject of this investigation and likely causing him to flee and/or destroy evidence. Accordingly, I respectfully request that the arrest warrant specified above be issued and that the same be filed under seal.

Respectfully submitted,

*/s/ Pauline Pogorzelski*
Pauline Pogorzelski
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me by telephone on January __21st__ , 2025

Scott W. Reid    Scott W. Reid
2025.01.21 13:05:06 -05'00'

HONORABLE SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

Count 1 – Title 18, United States Code, Section 875(c)

On or about June 3, 2024, in the Philadelphia, in the Eastern District of Pennsylvania, defendant Mark Anthony TUCCI, knowingly and willfully, with the knowledge that the communication would be viewed as a threat and for the purpose of issuing a threat, transmitted in interstate commerce a communication, that is, six e-mail messages and eight text messages to victim S.S., known to the government, and a phone call to H.R., known to the government, which contained threats to injure S.S.

Count 2 – Title 18, United States Code, Section 2261A(2)

On or about June 3, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant Mark Anthony TUCCI, with the intent to harass and intimidate S.S., used an interactive computer service, an electronic communication service, and a facility of interstate and foreign commerce, that is, electronic mail, text messages, and phone calls, to place S.S. in reasonable fear of death and serious bodily injury and to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to S.S.

7