AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Kang)

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>MARK ANTHONY TUCCI<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   25-mj-102

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MARK ANTHONY TUCCI                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ☑ Complaint
❑ Probation Violation Petition          ❑ Supervised Release Violation Petition          ❑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

See Attachment A, and the attached Affidavit.

Date:      01/21/2025

Scott W. Reid
Scott W. Reid 2025.01.21
13:05:50 -05'00'
*Issuing officer's signature*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

City and state:      Philadelphia, PA

Honorable Scott W. Reid
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  1/21/2025 , and the person was arrested on *(date)*  1/22/2025<br>at *(city and state)*  _____ . |
| Date:  1/22/2025<br><br>Pauline Pogorzelski<br>*Arresting officer's signature*<br><br>Pauline Pogorzelski, FBI SA<br>*Printed name and title* |